UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION, | MDL NO. 1407 |
| This document relates to: Barbary, et al. v. Bayer Corp., et al., No. 04-690 | ORDER GRANTING MOTION FOR RECONSIDERATION, VACATING JUDGMENT AND REINSTATING CASE |

This matter comes before the court on Plaintiffs Brian Patrick Barbary, Sr., Janice Barbary, Briana Barbary, Brenda Barbary, and Brian Barbary, Jr.'s ("plaintiffs") Motion for New Trial; Motion to Reinstate; and/or Motion for Reconsideration of the court's Order of Dismissal with Prejudice for Failure to Comply with Case Management Order ("CMO") 19.[1] Having reviewed the briefing, and, being fully advised, the court finds and concludes as follows:

The court issued an Order to Show Cause in this action on November 8, 2004. This order required plaintiffs to show cause

---

[1] The court will treat plaintiffs' motion as a motion for reconsideration.

ORDER
Page - 1 -

why their case should not be dismissed for failure to comply with CMO 19. Plaintiffs filed no opposition to dismissal, and on February 4, 2005, the court entered an order of dismissal with prejudice. Plaintiffs filed a timely motion for reconsideration, and the court requested responsive briefing from defendants pursuant to LR 7(h)(3). Defendant Bayer Corporation ("Bayer") filed a response on March 21, 2005.

Local Rule 7(h) provides:

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

The instant action presents a circumstance of manifest error. The parties are in agreement that plaintiffs' failure to respond to the court's Order to Show Cause was the result of a miscommunication between plaintiffs and Bayer. In fact, plaintiffs and defendants have been in agreement since October 18, 2004, that this case was not appropriate for dismissal for failure to comply with CMO 19.

For the reasons stated above, the Court hereby GRANTS plaintiffs' motion for reconsideration, and VACATES the court's February 4, 2005 Order of Dismissal with Prejudice. Plaintiffs' case is hereby REINSTATED.

ORDER
Page - 2 -

1 DATED at Seattle, Washington this 13th day of May, 2005.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER
Page - 3 -